# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 741 |
| | : | |
| APPOINTMENTS TO THE CIVIL | : | CIVIL PROCEDURAL RULES DOCKET |
| PROCEDURAL RULES COMMITTEE | : | |
| | : | |

## ORDER

**PER CURIAM**

AND NOW, this 12th day of June, 2023, the Honorable Lisette Shirdan-Harris, in her capacity as Administrative Judge of the Trial Division of the Court of Common Pleas of the First Judicial District, and the Honorable Christine A. Ward, in her capacity as Administrative Judge of the Civil Division of the Court of Common Pleas of the Fifth Judicial District, are hereby appointed as members of the Civil Procedural Rules Committee, to serve at the pleasure of the Court.